**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ALEXANDRIA STOCKMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>MASSAGE ENVY FRANCHISING, LLC,<br><br>    Defendant. | No. 1:23-cv-1510 |

**DEFENDANT'S MOTION TO STAY PENDING ARBITRATION**

Defendant Massage Envy Franchising, LLC ("MEF"), by its undersigned counsel, hereby move pursuant to Section 3 of the Federal Arbitration Act, 9 U.S.C. § 3, to stay this action pending arbitration. MEF incorporates, as though fully set forth herein, its Memorandum of Law in support of this motion, the accompanying Declaration of Justin Cryder, and all exhibits thereto, which are being filed concurrently.

Dated: March 31, 2023

DLA PIPER LLP (US)

By:   */s/ Kenneth L. Schmetterer*
      Kenneth L. Schmetterer (IL-6201860)
      kenneth.schmetterer@us.dlapiper.com

John Verhey (IL-6199571)
john.verhey@us.dlapiper.com
Yan Grinblat (IL-6328805)
yan.grinblat@us.dlapiper.com
444 W. Lake Street
Chicago, Illinois 60606-0089
312.368.4000

*Attorneys for Defendant*
*Massage Envy Franchising, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on March 31, 2023, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                                  */s/ Kenneth L. Schmetterer*
                                                  Kenneth L. Schmetterer