IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEXANDRIA STOCKMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MASSAGE ENVY FRANCHISING, LLC,<br><br>    Defendant. | No. 1:23-cv-1510 |

**JOINT STATEMENT REGARDING BRIEFING SCHEDULE ON
DEFENDANTS' MOTION TO STAY PENDING ARBITRATION**

Pursuant to this Court's individual practices, the parties have agreed to the following briefing schedule on defendant's motion to stay pending arbitration:

- Plaintiff's opposition to be filed on or before May 1, 2023;

- Defendant's reply to be filed on or before May 22, 2023.

Dated: March 31, 2023

DLA PIPER LLP (US)


By:   */s/ Kenneth L. Schmetterer*
     Kenneth L. Schmetterer (IL-6201860)
     kenneth.schmetterer@us.dlapiper.com

John Verhey (IL-6199571)
john.verhey@us.dlapiper.com
Yan Grinblat (IL-6328805)
yan.grinblat@us.dlapiper.com
444 W. Lake Street
Chicago, Illinois 60606-0089
312.368.4000

*Attorneys for Defendant
Massage Envy Franchising, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 31, 2023, I electronically filed the foregoing document using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

                                            */s/ Kenneth L. Schmetterer*
                                            Kenneth L. Schmetterer